# UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE MARK A. BARNETT**

| | |
|---|---|
| LECO SUPPLY INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br>)<br>) | COURT NO. 21-00136 |

## CONSENT MOTION TO INTERVENE AS A MATTER OF RIGHT

Pursuant to Rule 24(a) of the *Rules* of this COURT, M&B METAL PRODUCTS COMPANY, INC. ("M&B") hereby moves this COURT for leave to intervene as a matter of right in the above-captioned action as Defendant-Intervenor.

M&B is the largest producer of steel wire garment hangers in the United States, and M&B is the party that filed the allegation of duty evasion with U.S. Customs and Border Protection ("CBP") regarding imports of hangers from Laos imported by Leco Supply Inc. and several other U.S. importers. M&B actively participated in Enforce and Protect Act ("EAPA") Consolidated Case No. 7357 and in the subsequent administrative review conducted by CBP. M&B is, therefore, an "interested party" within the meaning of 19 U.S.C. § 1677(9)(A). Pursuant to 28 U.S.C. § 2631(k)(1) and Rule 24(a)(2) of this COURT, M&B is entitled to intervene in the above-captioned case as a matter of right.

Plaintiff filed its complaint on March 25, 2021, contesting CBP's final administrative determination (H315522, February 24, 2021) in response to Leco Supply's request for review of

the evasion determination in EAPA Consolidated Case No. 7357. Plaintiff is contesting CBP's final administrative determination pursuant to 19 U.S.C. § 1517(g) and 28 U.S.C. § 1581(c).

In accordance with Rule 7(b) of the *Rules* of this COURT, the undersigned counsel has consulted with the other parties to this action to seek their consent to this motion for intervention. On the 12th day of April, 2021, counsel to Plaintiff, Heather L. Jacobson, Esq., of JUNKER & NAKACHI, indicated that her client consents to this motion. On the 16th day of April, 2021, Ashley Akers, Esq., U.S. DEPARTMENT OF JUSTICE, indicated that Defendant also consents to this motion.

WHEREFORE, M&B METAL PRODUCTS COMPANY, INC. respectfully requests that the COURT grant this motion.

    / s / Frederick P. Waite
FREDERICK P. WAITE
KIMBERLY R. YOUNG

VORYS SATER SEYMOUR AND PEASE LLP
1909 K Street, NW, Ninth Floor
Washington, D.C. 20006-1152

(202) 467-8852 / (202) 467-8881

*Counsel for*
  *M&B METAL PRODUCTS COMPANY, INC.*

April 16, 2021

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT

| | |
|---|---|
| LECO SUPPLY INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | COURT NO. 21-00136 |

## ORDER

Upon consideration of the motion of M&B METAL PRODUCTS COMPANY, INC. to intervene as a matter of right as Defendant-Intervenor in the above-captioned action, it is hereby

ORDERED that the motion of M&B METAL PRODUCTS COMPANY, INC. to intervene is granted, and it is further

ORDERED that M&B METAL PRODUCTS COMPANY, INC. is permitted to intervene as a matter of right in the above-captioned action as Defendant-Intervenor.

Signed: _____
                                             CHIEF JUDGE

Date: _____

CERTIFICATE OF SERVICE

I, KIMBERLY R. YOUNG, hereby certify that on this 16th day of April, 2021, I have caused to be served a true set of the following documents: *Consent Motion to Intervene as a Matter of Right*, along with a *Proposed Order*, *Notice of Appearance*, and *Corporate Disclosure Statement*, as filed electronically, on this day, with the U.S. COURT OF INTERNATIONAL TRADE, on behalf of M&B METAL PRODUCTS COMPANY, INC., in the matter of *Leco Supply Inc. v. United States*, Court No. 21-00136, by electronic mail, upon the following parties:

hjacobson@tradelawcounsel.com

Heather Llewellyn Jacobson, Esq.
JUNKER & NAKACHI
999 Third Avenue
Suite 2525
Seattle, Washington 98104

*Counsel for Plaintiff*

ashley.akers@usdoj.gov

Ashley Akers, Esq.
U.S. DEPARTMENT OF JUSTICE
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

*Counsel for Defendant*

civil.itfoecf@usdoj.gov

Attorney-in-Charge
U.S. DEPARTMENT OF JUSTICE
International Trade Field Office
26 Federal Plaza – Room 346
Civil Division
New York, New York 10278

*Counsel for Defendant*

gmb.asstchiefcounseltl@cbp.dhs.gov

CBP Assistant Chief Counsel
U.S. DEPARTMENT OF HOMELAND SECURITY
International Trade Litigation
U.S. CUSTOMS AND BORDER PROTECTION
26 Federal Plaza – Room 258
New York, New York 10278

*Counsel for Defendant*

    /s/   Kimberly R. Young
KIMBERLY R. YOUNG
VORYS, SATER, SEYMOUR AND PEASE LLP
1909 K Street, NW, Ninth Floor
Washington, DC 20006-1152

1-(202) 467-8881

*Counsel for*
*M&B METAL PRODUCTS COMPANY, INC.*