UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, JUDGE

| | |
|---|---|
| **LECO SUPPLY, INC.**<br><br>                          **Plaintiff,**<br>    v.<br><br>**UNITED STATES,**<br><br>                          **Defendant.** | Court No. 21-cv-00136 |

## ORDER

Upon consideration of Leco Supply Inc.'s ("Plaintiff" or "Leco Supply") Consent Motion for a Preliminary Injunction to enjoin liquidation of certain entries, and other papers herein, it is hereby:

**ORDERED** that Plaintiff's Consent Motion for a Preliminary Injunction is **GRANTED**; and it is further

**ORDERED** that the United States, together with its delegates, officers, agents, and servants, including employees of the United States Customs and Border Protection ("CBP"), shall be, and are hereby **ENJOINED**, pending a final and conclusive court decision in this litigation, including all appeals and remand proceedings, from issuing instructions to liquidate or from causing or permitting liquidation of any and all unliquidated entries of wire hangers exported from Laos that were:

(1) Subject to CBP decision H315522 (February 24, 2021), which is CBP's final administrative determination in response to Leco Supply's request for review of the

initial determination in Enforce and Protect Act ("EAPA") Consolidated Case No. 7357;

(2) Imported by Plaintiff Leco Supply;

(3) Entered, or withdrawn from warehouse, for consumption on or after October 3, 2018, up to and including October 26, 2020, the date of completion of the investigation in Cons. Case No. 7357; and that

(4) Remain unliquidated as of 5:00pm on the day the Court enters the order enjoining liquidation on the docket of this action; and it is further

**ORDERED** that this injunction shall dissolve upon entry of a final court decision in this litigation, including all appeals and remand proceedings, and that the entries covered by this injunction shall be liquidated in accordance with that final decision.

/S/ Mark A. Barnett
Mark A. Barnett
Chief Judge

Dated: April 19, 2021
New York, NY