UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| LECO SUPPLY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>M&B METAL PRODUCTS CO., INC.,<br><br>    Defendant-Intervenor. | Before: Mark A. Barnett, Chief Judge<br>Court No. 21-00136 |

## JUDGMENT

This case having been duly submitted for decision, and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision, it is hereby

**ORDERED** that U.S. Customs and Border Protection's ("CBP") final affirmative evasion determination, set forth in the Confidential Notice of Determination as to Evasion, EAPA Case Number 7357 (Oct. 26, 2020), ECF No. 22-2, as affirmed by Letter Re: Enforce and Protect Act ("EAPA") Consolidated Case Number 7357 (Feb. 24, 2021), ECF No. 19-3, and as modified by CBP's Remand Redetermination, ECF No. 47, is **SUSTAINED**; and it is further

**ORDERED** that the subject entries enjoined in this case, *see* Order (Apr. 19, 2021), ECF No. 13, must be liquidated in accordance with the final court decision, including all appeals.

/s/ Mark A. Barnett
Mark A. Barnett, Chief Judge

Dated: January 24, 2023
New York, New York